**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LINDSEY NIKOLA,

Plaintiff,

v.

PETER FOLEY; and UNITED STATES SKI AND SNOWBOARD,

Defendants.

Case No. 2:23-cv-00811-SPG-JPR

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, filed at ECF No. 154, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants United States Ski and Snowboard and Peter Foley on all claims asserted in Plaintiff Lindsey Nikola's Second Amended Complaint, filed at ECF No. 99.

**IT IS SO ORDERED.**

DATED: August 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE